IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL CHRISTENSEN,

    Plaintiff,

vs.                                                                    Civ. No. 15-0134 KG/LF

FINANCIAL CREDIT SERVICE, INC.,
d/b/a ARA, INC.
d/b/a ASSET RECOVERY ASSOCIATES,

    Defendant.

ORDER

This matter comes before the Court upon Plaintiff's Motion for Default Judgment and for Evidentiary Damages Hearing, filed on November 17, 2015. (Doc. 12). Defendant did not file a response. On January 7, 2015, the Court held a telephonic hearing on Plaintiff's Motion for Default Judgment and for Evidentiary Damages Hearing wherein Nicholas Mattison appeared on behalf of Plaintiff, and no appearances were made on behalf of Defendant. The Court, therefore, grants Plaintiff's motion for default judgment as to liability and grants the motion to set a damages jury trial.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Default Judgment and for Evidentiary Damages Hearing (Doc. 12) is granted;

2. Default judgment as to liability shall be entered in favor of Plaintiff;

3. A jury trial on the question of damages shall be held on March 28-29, 2016, beginning at 9:00 AM in the 3rd Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico;

4. Proposed jury instructions will be due to the Court on March 14, 2016; exhibit lists,

witness lists and proposed voir dire questions will be due to the Court on March 21, 2016; and a pretrial conference shall be held on March 24, 2016, at 1:30 PM in the 3rd Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico; and

5. Plaintiff shall mail a copy of all his court filings to Defendant's last known address.

_____
UNITED STATES DISTRICT JUDGE