IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL CHRISTENSEN,

    Plaintiff,

vs.                                                                                                  Civ. No. 15-0134 KG/LF

FINANCIAL CREDIT SERVICE, INC.,
d/b/a ARA, INC.
d/b/a ASSET RECOVERY ASSOCIATES,

    Defendant.

## DEFAULT JUDGMENT ON LIABILITY

This matter comes before the Court upon Plaintiff's Motion for Default Judgment and for Evidentiary Damages Hearing, filed on November 17, 2015. (Doc. 12). Defendant did not file a timely response. On January 7, 2015, the Court held a telephonic hearing on Plaintiff's Motion for Default Judgment and for Evidentiary Damages Hearing wherein Nicholas Mattison appeared on behalf of Plaintiff, and no appearances were made on behalf of Defendant. The Court will enter a default judgment as to liability only. The Court will also set a jury trial to determine the amount of damages for which Defendant Financial Credit Service, Inc. is liable.

IT IS ORDERED that

1. Judgment by default on all issues of liability is entered in favor of Plaintiff against Defendant; and

2. a hearing under Rule 55(b)(2)(B) for the purpose of determining the amount of Plaintiff's damages for which Defendant is liable will be set by a separate notice of this Court.

_____
UNITED STATES DISTRICT JUDGE