IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL CHRISTENSEN,

    Plaintiff,

vs.                                                                Civ. No. 15-0134 KG/LF

FINANCIAL CREDIT SERVICE, INC.,
d/b/a ARA, INC.
d/b/a ASSET RECOVERY ASSOCIATES,

    Defendant.

**ORDER OF REFERENCE**

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Laura Fashing to conduct a jury trial on the question of damages.

                                                                        UNITED STATES DISTRICT JUDGE