IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL CHRISTENSEN,

    Plaintiff,

v.                                    No. 1:15-cv-00134-KG-LF

FINANCIAL CREDIT SERVICE, INC.
d/b/a ARA, INC.
d/b/a ASSET RECOVERY ASSOCIATES,

    Defendant.

## VERDICT FORM

We award the following amount of actual damages:    $200,000.00

We award the following amount of statutory damages:    $1000.00

If you have made an award for actual damages then please complete the following:

We award the following amount of punitive damages:    10 million

Signature of Foreperson: [redacted]

Date: 4/21/16