IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL CHRISTENSEN,

    Plaintiff,

vs.                                          Civ. No. 15-134 KG/LF

FINANCIAL CREDIT SERVICE, INC.,
d/b/a ARA, INC., d/b/a ASSET
RECOVERY ASSOCIATES,

    Defendant.

## ORDER OF PARTIAL DISMISSAL

Having granted, in part, Defendant's Motion to Vacate Default Judgment on Liability (DKT. #18) (Doc. 55) by entering a Memorandum Opinion and Order contemporaneously with this Order of Partial Dismissal,

IT IS ORDERED that

1. Plaintiff's Fair Debt Collection Practices Act claims brought under 15 U.S.C. §§ 1692d and 1692f are dismissed without prejudice; and

2. Plaintiff's New Mexico Unfair Practices Act claim brought under NMSA 1978, § 57-12-2(E) (2015 Cum. Supp.) is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE